UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAY 25 AM 11:04

CLERK

BY _____
DEPUTY CLERK

| | |
|---|---|
| ALBIN MELI, CHARLIE MELI, and JEREMIE MELI, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 5:19-cv-71 |
| CITY OF BURLINGTON, VERMONT, BRANDON DEL POZO, JASON BELLEVANCE, and CORY CAMPBELL, ) ) ) ) | |
| Defendants. ) | |

**ORDER**

Pursuant to 28 U.S.C. § 455(a) the undersigned District Judge is recused from this matter.

The Clerk is requested to re-assign this matter to another judicial officer.

Dated at Rutland, in the District of Vermont, this 25th day of May, 2022.

_____
Geoffrey W. Crawford, Chief Judge
United States District Court