IN THE UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ALBIN MELI, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:19–CV–71 |
| ) | |
| CITY OF BURLINGTON, VERMONT, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

NOW COME the Defendants, by and through its attorneys, Lynn, Lynn, Blackman & Manitsky, P.C., and hereby gives notice of withdrawal of attorney Christopher H. Boyle. Attorney Boyle is no longer an attorney at Lynn, Lynn, Blackman & Manitsky, P.C. Pietro J. Lynn, Esq., and Barbara R. Blackman, Esq., will continue to represent Defendants in the above referenced matter.

Dated at Burlington, Vermont this 15th day of March, 2023.

                                                      CITY OF BURLINGTON, VERMONT,
                                                      BRANDON DEL POZO, JASON
                                                      BELLAVANCE, & CORY CAMPBELL

By:    */s/ Pietro J. Lynn*
           Pietro J. Lynn, Esq.
           Barbara R. Blackman, Esq.
           Lynn, Lynn, Blackman & Manitsky, P.C.
           *Counsel for Defendants*
           76 St. Paul St., Suite 400
           Burlington, VT  05401
           (802) 860-1500
           plynn@lynnlawvt.com
           bblackman@lynnlawvt.com